# Exhibit A

Please see the below link containing the video surveillance footage. A courtesy copy has previously been sent to plaintiff's counsel and is being sent to the Court as well.

https://www.dropbox.com/scl/fo/p8apal8luzfwwipoiv7yw/AFnHrsUTUrlLFG8410It4gw?rlkey=5j3cwfr0pe46o0yvcmhf1h781&st=ou2i5raa&dl=0